UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60101-CR-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEXA MONTESINOS,

    Defendant.
_____/

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

COMES NOW the Defendant ALEXA MONTESINOS by and through her undersigned counsel and moves this Court for the entry of an order temporarily modifying her bond reporting conditions so as allow her to travel to Rio Grande, Puerto Rico for a scheduled work conference and as grounds therefore would state as follows:

1. The defendant made her initial appearance on April 26, 2019 based upon the indictment in this case. The court, per then United States Magistrate Judge Barry S. Seltzer set the defendant's bond at a $500,000 personal surety bond as well as a $100,000 personal surety bond with ten (10%) to be deposited with the Clerk of Court. The bond also contained other numerous conditions of release stipulated to by the parties. (DE #9). Subsequently, a Superseding Indictment was filed in this

case in late 2020 adding six additional defendants and that Indictment was arraigned on January 8th, 2021. No additional charges were imputed upon Ms. Montesinos and on January 7th, 2021 the Court granted Ms. Montesinos' Motion to waive her appearance at the Arraignment on the Superseding Indictment. (DE #96).

2. The defendant was released on the aforementioned bonds and has been at liberty since. She has complied with each and every condition of the bond set in this case.

3. One of the conditions of the defendant's bond is that her travel is restricted to the Southern District of Florida.

4. The defendant has an upcoming work conference in Rio Grande, Puerto Rico from February 3, 2022 through February 7, 2022. The defendant has already provided her supervising probation officer with her itinerary for this work conference including the location where she will be staying. Undersigned counsel also provided the same information to AUSA Cynthia Wood.

5. That pursuant to Local Rule 88.9 the undersigned corresponded with Assistant United States Attorney Cynthia Wood who indicated via email on January 10th that she has no objection to the granting of this motion.

6. The Defendant respectfully requests permission to travel to Rio Grande, Puerto Rico in order to attend this obligatory work conference from February 3, 2022 through February 7, 2022.

7. This matter has been continued until March 28, 20222 for trial.

WHEREFORE, Defendant ALEXA MONTESINOS respectfully requests this Court to enter an order allowing her to travel to Rio Grande, Puerto Rico from February 3, 2022 through February 7, 2022.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 11th day of January 2022.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant MONTESINOS
7700 N. Kendall Drive
Suite #604
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 514-0987
E-Mail: *HorowitzDefense@aol.com*

   */s/ Philip R. Horowitz*
   By: PHILIP R. HOROWITZ, ESQUIRE
   Florida Bar No.: 466557

   VICTOR E. ROCHA, P.A.
   *Counsel for Alexa Montesinos*
   770 N. Kendall Drive,
   Suite. #604
   Miami, Florida 33156
   Tel:   305.774.9111
   Email: rochalaw@gmail.com

    */s/  Victor E. Rocha*
    Victor E. Rocha, Esquire
    Florida Bar No.: 366382